IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| ALHAJI SHERIFF BAH, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: CBD-14-2803 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | * |
| Defendant. | * |

## VERDICT SHEET

1. Do you find that Defendant's bus driver negligently operated the bus on January 23, 2013 causing harm to Plaintiff Bah?

    Yes _____        No __✓__

*If you answered "Yes" to question #1, please proceed to question #2. If you answered "No" to question #1, please stop your deliberations and have your Foreperson sign this verdict sheet, and inform the Bailiff that you have reached a verdict.*

2. Do you find that Defendant has proven that on January 23, 2013, Plaintiff Bah was contributorily negligent in causing his own injuries?

    Yes _____        No __N/A__

*If you answered "Yes" to question #2, please stop your deliberations and have your Foreperson sign this verdict sheet, and inform the Bailiff that you have reached a verdict. If you answered "No," please proceed to question # 3 on the next page.*

3. How much do you award Plaintiff Bah for damages incurred between the date of the incident on January 23, 2013 and the date of Plaintiff Bah's deposition on March 9, 2015?

$ _____

**SIGNATURE REDACTED**

Apr. 19/2016

**Foreperson**                                                                 **Date**